IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| STACY MCDANIEL,<br><br>　Plaintiff,<br><br>v.<br><br>HARBIN CLINIC,<br><br>　Defendant. | CIVIL ACTION FILE NO.<br>4:21-CV-0200-HLM-WEJ |

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement [27].

The Parties filed a Joint Notice of Settlement indicating that the Parties have reached a resolution of this matter, and that they expect to finalize the settlement and file dismissal papers within thirty days. (Docket Entry No. 27.) The Court finds that it is appropriate to stay this action and administratively close the case while the Parties finalize their settlement.

ACCORDINGLY, the Court **STAYS** the proceedings in this case pending the Parties' finalization of their settlement. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this action. Plaintiff may move to reopen this case if the Parties do not manage to finalize the settlement.

IT IS SO ORDERED, this the 11th day of August, 2022.

/s/ Harold L. Murphy
_____
SENIOR UNITED STATES DISTRICT JUDGE