# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| STACY MCDANIEL,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARBIN CLINIC,<br><br>　　　Defendant. | Case No. 4:21-cv-200 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Stacy McDaniel and Defendant Harbin Clinic, LLC, by and through their respective undersigned counsel, and hereby jointly file this STIPULATION of dismissal of this action, *with* prejudice, with each party to bear its own fees and costs.

Respectfully submitted this 20th day of September, 2022.

| | |
|---|---|
| */s/ Nancy B. Pridgen*___<br>Nancy B. Pridgen<br>Georgia Bar No. 587949<br>nancy@pridgenbassettlaw.com<br><br>PRIDGEN BASSETT LAW, LLC<br>138 Bulloch Avenue<br>Roswell, GA 30075<br>*Counsel for Plaintiff* | */s/ Alyce Ogunsola*<br>Alyce Ogunsola<br>Georgia Bar No. 480048<br>aogunsola@fordharrison.com<br><br>FORD HARRISON LLP<br>17th Street, Suite 900<br>Atlanta, GA 30363<br>*Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| STACY MCDANIEL,<br><br>  Plaintiff,<br><br>v.<br><br>HARBIN CLINIC,<br><br>  Defendant. | Case No. 4:21-cv-0200 |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the forgoing via electronic service to all attorneys of record.

Respectfully submitted the 20th day of September, 2022.

>   */s/ Nancy B. Pridgen*_____
>   Nancy B. Pridgen, Esq.
>   Georgia Bar No. 587949

PRIDGEN BASSETT LAW, LLC
138 Bulloch Avenue
Roswell, GA 30075
Main:  470-333-7472
Fax:  678-812-3654
Email: nancy@pridgenbassett.com

*Attorneys for Stacy McDaniel*